IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex. rel. RICARDO GONZALEZ and JOSE G. ESPINOZA, | § § § § § § | |
| Plaintiffs, | § | Civil Action No. M-07-241 |
| v. | § § | |
| DR. CARLOS D. MEGO and DR. SUBBARAO YARRA, Individually and d/b/a VALLEY HEART CONSULTANTS, P.A., | § § § § § | |
| Defendants. | § | |

### Notice of Settlement

The United States notifies the Court that the parties have reached a settlement subject only to the approval by appropriate officials from the U.S. Department of Justice and the Department of Health and Human Services, Office of the Inspector General. The United States expects to have the approvals within the next 60 days.

            Respectfully submitted,

            KENNETH MAGIDSON
            United States Attorney

         By: /s/ Michelle Zingaro
            MICHELLE ZINGARO
            Assistant United States Attorney
            Fed. Bar No. 14463
            DANIEL D. HU
            Assistant United States Attorney
            Fed. Bar No. 7959
            1000 Louisiana, Suite 2300
            Houston, TX 77002
            (713) 567-9512

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Notice of Settlement was filed with the Court's CM/ECF System, which will effectuate service upon attorneys of record on this the 13th day of May, 2013.

                                        By:    /s/ Michelle Zingaro
                                                    MICHELLE ZINGARO
                                                    Assistant United States Attorney